**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIO RENE RUBIO, | No. 07-55110 |
| Petitioner - Appellant, | D.C. No. CV-04-03710-MLR |
| v. | |
| C. M. HARRISON, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

California state prisoner Mario Rene Rubio appeals pro se from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

EG/Research

Rubio contends that his prison disciplinary proceedings violated his due process rights because there was insufficient evidence to support the hearing officer's finding that Rubio engaged in mutual combat. This contention fails because "some evidence" in the record supports the finding. *See Superintendent v. Hill,* 472 U.S. 445, 455 (1985).

**AFFIRMED.**